Ivory LEE v. STATE.

No. 14944.

Court of Criminal Appeals of Texas.

Feb. 17, 1932.

Wright Stubbs, of Austin, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for misdemeanor theft; punishment, imprisonment in the county jail for three months.

The record is here without statement of facts or bills of exception. All matters of procedure appear regular.

The judgment will be affirmed.

Joe McGILL v. STATE.

No. 15157.

Court of Criminal Appeals of Texas.

Feb. 17, 1932.

R. E. Eubank, of Paris, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, P. J.

Unlawfully transporting intoxicating liquor is the offense; penalty assessed at confinement in the penitentiary for a period of two years.

The indictment is regular and regularly presented. No fault in the procedure has been pointed out by bills of exception or perceived by this court. The evidence that was before the trial court is not brought up for review.

The judgment is affirmed.

Dick McKINNEY v. STATE.

No. 15184.

Court of Criminal Appeals of Texas.

Feb. 10, 1932.

Cox & Hayden, of Abilene, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, P. J.

Burglary of a railroad car is the offense; penalty assessed at confinement in the penitentiary for a period of three years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.